## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

Freedom Mortgage Corporation,

    Plaintiff,                                              Case No. _____

v.

Jan P. Trotman,                                                 Action for Debt and Foreclosure
                                                                                 of Real Property Mortgage

    Defendant.
_____/

## **COMPLAINT**

      Plaintiff, FREEDOM MORTGAGE CORPORATION, through undersigned counsel, Quintairos, Prieto, Wood & Boyer, P.A., for its complaint against Defendant, JAN P. TROTMAN states:

      1.      This Court has jurisdiction pursuant to 28 U.S.C § 1332, and due to the complete diversity of citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00.

      2.      Venue is proper in this division because the real property at issue is located in St. Thomas, U.S. Virgin Islands.

      3.      Plaintiff FREEDOM MORTGAGE CORPORATION is a New Jersey Corporation, with its principal place of business in Mount Laurel, New Jersey, and is authorized to do business in the U.S. Virgin Islands.

      4.      Defendant JAN P. TROTMAN is the owner of record of real property located in St. Thomas, U.S. Virgin Islands, and upon information and belief, resides in St. Thomas, U.S. Virgin Islands.

5. On December 12, 2014, JAN P. TROTMAN executed a Note, in which she promised to pay the lender named therein, FLAGSTAR BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, the principal sum of TWO HUNDRED SEVENTY TWO THOUSAND FIVE HUNDRED TWENTY TWO and 00/100 Dollars ($272,522.00) together with interest at the rate of 3.750% per annum, in equal monthly installments of ONE THOUSAND TWO HUNDRED SIXTY TWO and 09/100 Dollars ($1,262.09). A copy of the Note is attached as **Exhibit A**.

6. The Note provides further that it shall become due and payable in its entirety, without notice by reason of default in the payment or interest or principal when due, as well as any other default thereunder.

7. Repayment of the loan from Defendant JAN P. TROTMAN, including any and all sums that they at any time and for any reason may become indebted to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FLAGSTAR BANK, FSB, is secured by a Mortgage executed on December 12, 2014 by JAN P. TROTMAN in the principal sum of TWO HUNDRED SEVENTY TWO THOUSAND FIVE HUNDRED TWENTY TWO and 00/100 Dollars ($272,522.00) covering the following real property:

> **PARCEL NO. M-6 ESTATE NAZARETH**
> **NO. 1 RED HOOK QUARTER**
> **ST. THOMAS, U.S. VIRGIN ISLANDS**
> **AS SHOWN ON OLG DRAWING NO. D9-8671-T012**

("Mortgaged Property"). The Mortgage was recorded at the Office of the Recorder of Deeds for the District of St. Thomas and St. John on December 12, 2014 as Document No. 2014009375. A copy of the Mortgage is attached as **Exhibit B**.

8. The First Priority Mortgage was assigned to FLAGSTAR BANK, FSB, on February 17, 2017, and recorded at the Office of the Recorder of Deeds for the District of St.

Thomas and St. John, on March 6, 2017, as Document No. 2017001353. A copy of the assignment is hereto attached as **Exhibit C**.

9. The First Priority Mortgage was subsequently assigned to FREEDOM MORTGAGE CORPORATION, on August 14, 2017, and recorded at the Office of the Recorder of Deeds for the District of St. Thomas and St. John, on August 28, 2017, as Document No. 2017005896. A copy of the assignment is hereto attached as **Exhibit D.**

10. The Note follows the Mortgage. The Plaintiff is the holder of the Note and Mortgage and is entitled to enforce the Note and Mortgage.

11. JAN P. TROTMAN has failed to comply with the terms and conditions of the Note and Mortgage and is in default under those instruments for failing to pay the principal and interest when due.

12. Notice of the default was sent to JAN P. TROTMAN at the property address and her mailing address at time of default. A copy of the letters is attached as **Exhibit E**.

13. Pursuant to the terms and conditions of the Note and Mortgage, FREEDOM MORTGAGE CORPORATION has elected to declare the entire unpaid principal sum with all accrued interest and late charges due and payable, and there is, accordingly due and owing to FREEDOM MORTGAGE CORPORATION the principle sum of TWO HUNDRED SEVENTY SEVEN THOUSAND SEVEN HUNDRED NINTY TWO and 26/100 ($277,792.26) as of November 30, 2018; plus further interest and late charges accruing until the date of judgment.

14. During the pendency of this action and prior to the foreclosure sale of the Mortgaged Premises, FREEDOM MORTGAGE CORPORATION may be required to pay real property taxes, insurance premiums, or other similar charges with respect to the Mortgage Premises, which, pursuant to the Mortgage become part of the principal amount of the indebtedness and for which FREEDOM MORTGAGE CORPORATION is entitled to recover

against JAN P. TROTMAN; as well as costs and fees, including reasonable attorneys' fees as a result of protecting FREEDOM MORTGAGE CORPORATION's legal rights, which under the provisions of the Mortgage also become a lien on the Mortgaged Premises until paid.

## Count I – Action for Debt

15. Plaintiff re-states and re-alleges the preceding paragraphs and incorporates them by reference as if fully stated herein.

16. Pursuant to the terms and conditions of the Note and Mortgage, Plaintiff has elected to declare the entire unpaid principal sum with all accrued interest and late charges due and payable, and there is, accordingly due and owing to Plaintiff the principal sum of TWO HUNDRED SEVENTY SEVEN THOUSAND SEVEN HUNDRED NINTY TWO and 26/100 ($277,792.26)

| | |
|---|---|
| Principal Balance | $259,182.90 |
| Interest (as of 12/01/18) | $ 12,959.20 |
| Escrow Advance | $   4,004.37 |
| Late Charges | $   1,190.79 |
| Additional Items Due | $      455.00 |
| **Total Amount Due** | **$277,792.26** |

plus further interest and late charges accruing from December 1, 2018 until the date of judgment.

17. Plaintiff is entitled to recover all sums due under the Note from Defendant, JAN P. TROTMAN.

18. The amounts due under the terms and conditions of the Note are for a fixed and definite sum, or a sum that by computation can be readily ascertained.

### Count II – Foreclosure of All Liens

19. Plaintiff re-states and re-alleges the preceding paragraphs and incorporates them by reference as if fully stated herein.

20. Plaintiff is the mortgagee of the First Priority Mortgage given by Defendant encumbering the Mortgaged Property detailed above.

21. Defendant is in default under the terms and conditions of the First Priority Mortgage, and as a result, Plaintiff is entitled to foreclose its lien encumbering the Mortgaged Property to satisfy its Note.

22. Plaintiff is entitled to foreclosure of its liens and all other liens having a lower priority in accordance with V.I. CODE ANN. tit. 28, §§ 531 - 538.

WHEREFORE, FREEDOM MORTGAGE CORPORATION requests judgment as follows:

a) declaring that Defendant JAN P. TROTMAN have defaulted under the terms of the Note and Mortgage, thereby entitling Plaintiff FREEDOM MORTGAGE CORPORATION to exercise all of the remedies provided for in those instruments;

b) that Defendant JAN P. TROTMAN is indebted to Plaintiff in the total amount of TWO HUNDRED SEVENTY SEVEN THOUSAND SEVEN HUNDRED NINTY TWO and 26/100 ($277,792.26) as of November 30, 2018 as described herein; plus all additional unpaid principal, interest, costs, expenses, and attorney's fees incurred by Plaintiff during the pendency of this matter or otherwise as of the date of judgment, plus interest accruing thereafter at the legal rate until the judgment is satisfied;

c) recognizing Plaintiff FREEDOM MORTGAGE CORPORATION's First Priority Mortgage to a be a valid First Priority Mortgage against the Mortgaged Premises, and enforcing

Complaint
Page 6 of 6

and foreclosing and ordering the Mortgaged Premises sold in satisfaction of the total indebtedness to FREEDOM MORTGAGE CORPORATION, in accordance with the provisions of V.I. CODE ANN. tit. 28, § 531 *et seq*.;

d)  awarding a personal judgment against JAN P. TROTMAN for any deficiency if this judgment is not satisfied after such sale;

e) granting possession of the Mortgaged Premises to FREEDOM MORTGAGE CORPORATION  or the purchase at the foreclosure sale against Defendant or anyone holding under them;

f)  awarding FREEDOM MORTGAGE CORPORATION  the costs and fees incurred by it in protecting its rights in the Mortgaged Premises, including but not limited to real property taxes and insurance premiums respecting the Mortgaged Premises during the pendency of this action and prior to the foreclosure sale thereof; together with post judgment interest on the judgment amount, costs and reasonable attorneys' fees; and

g)  awarding FREEDOM MORTGAGE CORPORATION such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted,

Quintairos, Prieto, Wood & Boyer, P.A.
1000 Blackbeard's Hill, Suite 10
St. Thomas, VI 00802

*Mailing Address:*
255 South Orange Avenue, Suite 900
Orlando, Florida 32801
Phone: (855) 287-0240
Fax: (855) 287-0211

Matthew R. Reinhardt
Matthew R. Reinhardt, Esq.
V.I. Bar No.: 1265
Matthew.Reinhardt@qpwblaw.com