```
Doc # 2017001353
# Pages 1
03/06/2017 09:42 AM
Official Records of
ST THOMAS / ST JOHN
ERICA DOVER M.P.A.
RECORDER OF DEEDS
Fees $26.00
```

**VIRGIN ISLANDS**
COUNTY OF ST. THOMAS
LOAN NO.: ▮▮▮▮9379

PREPARED BY: SECURITY CONNECTIONS, INC.
WHEN RECORDED RETURN TO: SECURITY CONNECTIONS, INC., 240 TECHNOLOGY DRIVE, IDAHO FALLS, ID 83401, PH. (208)528-9895

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the receipt thereof is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FLAGSTAR BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS, located at P.O. BOX 2026, FLINT, MICHIGAN 48501-2026, Assignor, does hereby assign, convey, and transfer unto FLAGSTAR BANK, FSB, located at 5151 CORPORATE DRIVE, TROY, MI 48098, Assignee, its successors and assigns, all Assignor's right, title, and interest of, in, and to that certain Mortgage dated DECEMBER 12, 2014 executed by JAN P. TROTMAN, Mortgagor, to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FLAGSTAR BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS, Original Mortgagee, and recorded on DECEMBER 12, 2014 as Document No. 2014009375 in the office of the Recorder of Deeds for the County of ST. THOMAS, VIRGIN ISLANDS.

LEGAL DESCRIPTION: ESTATE NAZARETH NO. 1 RED HOOK QUARTER ST. THOMAS, VIRGIN ISLANDS
Property Address: M-6 ESTATE NAZARETH, ST THOMAS, VIRGIN ISLANDS 00802

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this FEBRUARY 17, 2017.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FLAGSTAR BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS

_____
EMILY POTTLE, VICE PRESIDENT

_____
RAE DUTTON, Witness

_____
MACEY ROBISON, Witness

STATE OF IDAHO         COUNTY OF BONNEVILLE    ) ss.

On FEBRUARY 17, 2017, before me, MELANIE HANSON, personally appeared EMILY POTTLE known to me to be the VICE PRESIDENT of the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_____
MELANIE HANSON (COMMISSION EXP. 09/15/2020)
NOTARY PUBLIC

```
MELANIE HANSON
NOTARY PUBLIC
STATE OF IDAHO
```

PLAINTIFF'S EXHIBIT C