DOC # 2017005896

08/28/2017 09:30 AM
ERICA DOVER M.P.A.,
RECORDER OF DEEDS, ST THOMAS / ST JOHN
MISC RECORDING FEES    $26.00

Loan Number ███9379

## CORPORATE ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **FLAGSTAR BANK, FSB, WHOSE ADDRESS IS 5151 CORPORATE DRIVE, TROY, MI 48098, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage together with all interest secured thereby, all liens, and any rights due or to become due thereon to **FREEDOM MORTGAGE CORPORATION, WHOSE ADDRESS IS 10500 KINCAID DRIVE, STE. 300, FISHERS, IN 46037 (317)537-3558, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage was made by **JAN P. TROTMAN** in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FLAGSTAR BANK, FSB, ITS SUCCESSORS AND ASSIGNS,** dated 12/12/2014, recorded in Official Records **Book , Page , and/or Document # 2014009375** on 12/12/2014, in the office of the recorder of **ST. THOMAS, Virgin Islands,** upon the property situated in said territory and as more fully described in said Mortgage.

PARCEL NO. M-6 ESTATE NAZARETH NO. 1 RED HOOK QUARTER ST. THOMAS, VIRGIN ISLANDS AS SHOWN ON OLG NO. D9-8671-T012

Property is commonly known as: M-6 ESTATE NAZARETH, ST THOMAS, VI 00802.

**Dated on ___8 / 14 /2017 (MM/DD/YYYY)**
**FLAGSTAR BANK, FSB**

**By:** _____
    Jennifer Moylan
    **VICE PRESIDENT**
All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

_____            _____
Melissa Forant  Witness             Kristopher Sandberg   Witness

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on ___8 / 14 /2017 (MM/DD/YYYY), by Jennifer Moylan as VICE PRESIDENT of FLAGSTAR BANK, FSB, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Shields
Notary Public - State of FLORIDA
Commission expires: 08/05/2020

NICOLE SHIELDS
Notary Public – State of Florida
My Comm. Expires August 5, 2020
Commission # GG126925

**Document Prepared By:** E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Flagstar Bank, FSB, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

FSB01 ███4558 FREEDOMPART2 MIN ███████7942 MERS PHONE 1-888-679-6377 MERS
Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T111708-09:05:11 [C-1] FRMVII

*D0025077430*

Doc # 2017005896

**PLAINTIFF'S EXHIBIT**
**D**