

REPRESENTATION OF PRINTED DOCUMENT
USPS CERTIFIED MAIL

9214 8969 0043 7100 0800 5994 42

October 30, 2017

3-807-14197-0000894-001-01-100-000-000-000

JAN TROTMAN
171 CONTANT KNLS APT 1A BLDG 1
ST THOMAS VI 00802-3519

Re:  Loan Number:  XXXXX25881

Dear Borrower(s),

We have not received your mortgage payments for the months of September 1, 2017 through October 1, 2017. This means your account is now in default. This is a demand for payment of the total amount due as of October 30, 2017.

| | |
|---|---|
| Payments | $3,974.70 |
| Late charges | $79.61 |
| Fees and costs to date | $0.00 |
| Optional Insurance | $0.00 |
| Less Suspense | $0.00 |
| Total Amount Due | $4,054.31 |

To avoid foreclosure, you must pay this amount no later than December 2, 2017, which is 33 days from the date of this notice. You must also pay for all additional payments and fees that accumulate during this period. Unless we receive full payment of all past-due amounts within 33 days from the date of this notice, we will require immediate payment of your entire loan balance and we may begin foreclosure proceedings. This could result in the loss of your home. You may have the right to bring a court action to challenge the default, or assert other defenses to immediate payment and sale that may be available in your mortgage documents or under state law.

If your payment is not accepted for any reason or your payment is for less than the total amount due, which we may accept without waiving any of our rights, this matter will not be resolved.

Once your account is in foreclosure, you have the right to reinstate your account before the foreclosure sale of your home if: 1) you pay the total amount due plus any fees, costs and other amounts that accumulate through the reinstatement date and, 2) Payments must be made in certified funds or cashier's check. If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law, 3) you take any other action reasonably required by us to assure the security of the property. Your obligations under the loan documents will still apply during this time.

4001         INTERNET REPRINT



PLAINTIFF'S EXHIBIT E

Please be aware that your credit rating may be negatively affected if you do not resolve this matter. We may visit your property from time to time to determine its condition and occupancy status. You will be responsible for the costs of these inspections.

HUD-approved counseling is available on FHA guaranteed loans by calling 1-800-569-4287. If you would like to discuss this letter and foreclosure prevention options, we encourage you to contact our Customer Care Department immediately at (855) 690-5900 Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time. WE ARE VERY INTERESTED IN ASSISTING YOU.

Sincerely,


Customer Care Department
Freedom Mortgage Corporation

Freedom Mortgage Corporation is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or have received a bankruptcy discharge of this debt, this is not an attempt to collect a debt against you personally, but is a notice of possible enforcement of the lien against the collateral property.




REPRESENTATION OF PRINTED DOCUMENT
USPS CERTIFIED MAIL

9214 8969 0043 7100 0800 5994 59

October 30, 2017

0-807-14197-0000895-001-01-100-000-000-000
JAN TROTMAN
M-6 ESTATE NAZARETH
ST THOMAS VI  00802

Re:     Loan Number:     XXXXX25881

Dear Borrower(s),

We have not received your mortgage payments for the months of September 1, 2017 through October 1, 2017. This means your account is now in default. This is a demand for payment of the total amount due as of October 30, 2017.

| | |
|---|---|
| Payments | $3,974.70 |
| Late charges | $79.61 |
| Fees and costs to date | $0.00 |
| Optional Insurance | $0.00 |
| Less Suspense | $0.00 |
| Total Amount Due | $4,054.31 |

To avoid foreclosure, you must pay this amount no later than December 2, 2017, which is 33 days from the date of this notice. You must also pay for all additional payments and fees that accumulate during this period. Unless we receive full payment of all past-due amounts within 33 days from the date of this notice, we will require immediate payment of your entire loan balance and we may begin foreclosure proceedings. This could result in the loss of your home. You may have the right to bring a court action to challenge the default, or assert other defenses to immediate payment and sale that may be available in your mortgage documents or under state law.

If your payment is not accepted for any reason or your payment is for less than the total amount due, which we may accept without waiving any of our rights, this matter will not be resolved.

Once your account is in foreclosure, you have the right to reinstate your account before the foreclosure sale of your home if: 1) you pay the total amount due plus any fees, costs and other amounts that accumulate through the reinstatement date and, 2) Payments must be made in certified funds or cashier's check. If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law, 3) you take any other action reasonably required by us to assure the security of the property. Your obligations under the loan documents will still apply during this time.

4001

INTERNET REPRINT

Rev: 04/01/2016

Please be aware that your credit rating may be negatively affected if you do not resolve this matter. We may visit your property from time to time to determine its condition and occupancy status. You will be responsible for the costs of these inspections.

HUD-approved counseling is available on FHA guaranteed loans by calling 1-800-569-4287. If you would like to discuss this letter and foreclosure prevention options, we encourage you to contact our Customer Care Department immediately at (855) 690-5900 Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time. WE ARE VERY INTERESTED IN ASSISTING YOU.

Sincerely,


Customer Care Department
Freedom Mortgage Corporation

Freedom Mortgage Corporation is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or have received a bankruptcy discharge of this debt, this is not an attempt to collect a debt against you personally, but is a notice of possible enforcement of the lien against the collateral property.